■ In the Matter of BOARD OF EDUCATION OF ARDSLEY UNION FREE SCHOOL DISTRICT, TOWN OF GREENBURGH, Respondent, v ARDSLEY CONGRESS OF TEACHERS, Appellant.—In a proceeding to vacate an arbitration award, the appeal is from an order of the Supreme Court, Westchester County, dated February 18, 1975, which denied appellant's motion for resettlement of a prior order of the same court, dated September 11, 1974, which prior order denied petitioner's motion to vacate the award. Order reversed, without costs, motion for resettlement granted, and the prior order is resettled by adding thereto a further decretal provision to the effect that the arbitration award is confirmed. Upon the denial of petitioner's motion to vacate the arbitration award, Special Term should have confirmed the award (CPLR 7511, subd [e]; *Matter of Hillside Housing Corp. v Local 32E, Bldg. Serv. Employees Int. Union,* 40 AD2d 795). We note, however, that we have not considered the merits of the prior order as petitioner's appeal therefrom remains unperfected. Rabin, Acting P. J., Hopkins, Latham, Cohalan and Christ, JJ., concur.

■ In the Matter of RHODA DOBBIN, Appellant, v JOEL DOBBIN, Respondent.—In a support proceeding pursuant to article 4 of the Family Court Act, petitioner appeals from an order of the Family Court, Kings County, dated April 30, 1974 which, after a hearing, (1) reduced the amount of support payable under a prior order of the same court, dated March 29, 1973, from $37.50 per week to $10 per week and (2) directed respondent to pay an additional $3 per week on account of arrears of $352.50. Order modified, on the facts, by (1) increasing the amount fixed therein for the support of petitioner and the two children to $37.50 per week and (2) increasing the additional payment on account of arrears to $10 per week. As so modified, order affirmed, without costs. The evidence adduced at the hearing did not warrant the drastic reduction in the amount of the support payments or the low amount of $3 per week in payment of arrears. Gulotta, P. J., Rabin, Hopkins, Martuscello and Shapiro, JJ., concur.